THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RENEE GUIBAO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 2:17-cv-02448-JTF-cgc |
| RITE AID OF TENNESSEE, INC., | ) | |
| MEMPHIS PIZZA CAFE III, INC., and | ) | |
| WEST FARMINGTON PARTNERS | ) | |
| G.P., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT RITE AID OF TENNESSEE, INC.

NOTICE IS HEREBY GIVEN that Plaintiff's claims in this matter pending solely as to Defendant Rite Aid of Tennessee, Inc. ("Rite Aid") have been resolved to the satisfaction of Plaintiff and said Defendant.  Plaintiff thus respectfully requests that the Court relieve Rite Aid of its obligation to file an answer or otherwise respond to Plaintiff's Complaint, and further, to provide Plaintiff and Rite Aid sixty (60) days within which to complete their settlement and during which Plaintiff and Rite Aid anticipate submitting for entry by the Court an order of dismissal with prejudice as to Rite Aid. Plaintiff's claims against Defendants Memphis Pizza Café III, Inc. and West Farmington Partners G.P. remain open and pending before the Court, and to that end, Plaintiff respectfully requests that no administrative closure result from the foregoing Notice.

Dated: September 7, 2017.

1

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
Craig@EhrlichLawOffice.com

## CERTIFICATE OF SERVICE

I certify that on September 7, 2017 I filed the within and foregoing Notice of Settlement Between Plaintiff and Rite Aid of Tennessee, Inc. using the CM/ECF System for the federal District Court for the Western District of Tennessee, resulting in a true and correct copy of the same to be served via electronic mail upon the following counsel of record:

John W. Simmons, Esq.
Daniel E. Turner, Esq.
Littler Mendelson P. C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
Fax: (901) 531-8164
JWSimmons@littler.com
dturner@littler.com

Robert L. Bowman, Esq.
Brandon L. Morrow, Esq.
800 South Gay Street, Suite 2500
Knoxville, Tennessee 37901
rbowman@kramer-rayson.com
bmorrow@kramer-rayson.com

Brian L. Yoakum, Esq.
Evans Petree, PC
1000 Ridgeway Loop Road, Suite 200

Memphis, Tennessee 38120
byoakum@evanspetree.com

/s/Craig J. Ehrlich
Craig J. Ehrlich