THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RENEE GUIBAO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 2:17-cv-02448-JTF-cgc |
| RITE AID OF TENNESSEE, INC., ) | |
| MEMPHIS PIZZA CAFE III, INC., and ) | |
| WEST FARMINGTON PARTNERS ) | |
| G.P., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT MEMPHIS PIZZA III, INC.

NOTICE IS HEREBY GIVEN that Plaintiff's claims in this matter pending solely as to Defendant Memphis Pizza Café III, Inc. ("Memphis Pizza") have been resolved to the satisfaction of Plaintiff and said Defendant. Plaintiff thus respectfully requests that the Court relieve Memphis Pizza of its obligation to file an answer or otherwise respond to Plaintiff's First Amended Complaint, and further, to provide Plaintiff and Memphis Pizza twenty-eight (28) days within which to complete their settlement and file a stipulation of dismissal as to Memphis Pizza pursuant to Local Rule 83.13.  Plaintiff's claims against Defendant West Farmington Partners G.P. remain pending before the Court, and to that end, Plaintiff respectfully requests that no administrative closure result from the foregoing Notice.

Dated: September 27, 2017.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
Craig@EhrlichLawOffice.com

## CERTIFICATE OF SERVICE

I certify that on September 27, 2017 I filed the within and foregoing Notice of Settlement Between Plaintiff and Defendant Memphis Pizza Café III, Inc. using the CM/ECF System for the federal District Court for the Western District of Tennessee, resulting in a true and correct copy of the same to be served via electronic mail as follows:

John W. Simmons, Esq.
Daniel E. Turner, Esq.
Littler Mendelson P. C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
Fax: (901) 531-8164
JWSimmons@littler.com
dturner@littler.com

Robert L. Bowman, Esq.
Brandon L. Morrow, Esq.
800 South Gay Street, Suite 2500
Knoxville, Tennessee 37901
rbowman@kramer-rayson.com
bmorrow@kramer-rayson.com

Brian L. Yoakum, Esq.
Evans Petree, PC
1000 Ridgeway Loop Road, Suite 200

Memphis, Tennessee 38120
byoakum@evanspetree.com

                                       <u>/s/Craig J. Ehrlich</u>
                                       Craig J. Ehrlich