THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RENEE GUIBAO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 2:17-cv-02448-JTF-cgc |
| RITE AID OF TENNESSEE, INC., and ) | |
| WEST FARMINGTON PARTNERS ) | |
| G.P., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT RITE AID OF TENNESSEE, INC. ONLY**

COMES NOW, Renee Guibao, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), her Notice of Voluntary Dismissal With Prejudice as to Defendant Rite Aid of Tennessee, Inc. only.  Plaintiff hereby requests that the instant matter be dismissed with prejudice as to said Defendant, and without an award of fees or costs to Plaintiff or Defendant Rite Aid of Tennessee, Inc.  The instant matter shall remain pending as to Defendant West Farmington Partners G.P.

Dated: October 16, 2017.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B

1

Atlanta, Georgia 30306<br>
Tel: (404) 365-4460<br>
Fax: (855) 415-2480<br>
Craig@EhrlichLawOffice.com

## CERTIFICATE OF SERVICE

I certify that on October 16, 2017 I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Western District of Tennessee, resulting in a true and correct copy of the same to be served via electronic mail as follows:

John W. Simmons, Esq.
*Attorney for Rite Aid of Tennessee, Inc.*
Littler Mendelson P. C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
JWSimmons@littler.com

Robert L. Bowman, Esq.
Brandon L. Morrow, Esq.
*Attorneys for Memphis Pizza Café III, Inc.* (Dismissed)
800 South Gay Street, Suite 2500
Knoxville, Tennessee 37901
rbowman@kramer-rayson.com
bmorrow@kramer-rayson.com

Brian L. Yoakum, Esq.
*Attorney for West Farmington Partners G.P.*
Evans Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
byoakum@evanspetree.com

/s/Craig J. Ehrlich
Craig J. Ehrlich