# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **RENEE GUIBAO,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-02448-JTF-cgc |
| **RITE AID OF TENN., INC.; MEMPHIS PIZZA CAFÉ III, INC.; and W. FARMINGTON PARTNERS, G.P.,** | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court are Plaintiff Renee Guibao's Notice of Voluntary Dismissal with Prejudice as to Defendant Memphis Pizza Café III, Inc. Only, filed on October 13, 2017, and Notice of Voluntary Dismissal with Prejudice as to Rite Aid of Tennessee, Inc. Only, filed on October 16, 2017. (ECF Nos. 32 & 34.) The Court, being duly advised, finds that this action is **DISMISSED** with prejudice as to Defendants Memphis Pizza Café III, Inc. and Rite Aid of Tennessee, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED** this 23rd day of October 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge