THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RENEE GUIBAO, )<br>)<br>    Plaintiff, )<br>) <br>vs. )<br>)<br>WEST FARMINGTON PARTNERS )<br>G.P., )<br>)<br>    Defendants. ) | CIVIL ACTION<br><br>FILE No. 2:17-cv-02448-JTF-cgc |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT WEST FARMINGTON PARTNERS, G.P.

NOTICE IS HEREBY GIVEN that Plaintiff's claims in this matter pending solely as to Defendant West Farmington Partners, G.P. ("West Farmington") have been resolved to the satisfaction of Plaintiff and said Defendant. Plaintiff thus respectfully requests that the Court relieve West Farmington of its obligation to file an answer or otherwise respond to Plaintiff's First Amended Complaint, and further, to provide Plaintiff and West Farmington twenty-eight (28) days within which to complete their settlement and file a stipulation to approve a consent decree and dismiss this action in its entirety with prejudice pursuant to Local Rule 83.13(b).  Plaintiff's claims having now been resolved with regard to all Defendants to this action, Plaintiff respectfully requests that the Court direct the Clerk to place this case into administrative closure pending the filing of the aforementioned stipulation.

Dated: November 13, 2017.

                Respectfully submitted,

                <u>/s/Craig J. Ehrlich</u>
                Craig J. Ehrlich
                Ehrlich & Schapiro, LLC
                1123 Zonolite Road, N.E., Suite 8-B
                Atlanta, Georgia 30306
                Tel: (404) 365-4460
                Fax: (855) 415-2480
                Craig@EhrlichLawOffice.com

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on November 13, 2017 I filed the within and foregoing Notice of Settlement Between Plaintiff and Defendant West Farmington Partners, G.P. using the CM/ECF System for the federal District Court for the Western District of Tennessee, resulting in a true and correct copy of the same to be served via electronic mail as follows:

John W. Simmons, Esq.
Daniel E. Turner, Esq.
Littler Mendelson P. C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
Fax: (901) 531-8164
JWSimmons@littler.com
dturner@littler.com

Robert L. Bowman, Esq.
Brandon L. Morrow, Esq.
800 South Gay Street, Suite 2500
Knoxville, Tennessee 37901
rbowman@kramer-rayson.com
bmorrow@kramer-rayson.com

Brian L. Yoakum, Esq.
Evans Petree, PC
1000 Ridgeway Loop Road, Suite 200

Memphis, Tennessee 38120
byoakum@evanspetree.com

                                                                  /s/Craig J. Ehrlich
                                                                  Craig J. Ehrlich