IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RENEE GUIBAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:17-cv-02448-JTF-cgc |
| | ) |
| W. FARMINGTON PARTNERS, G.P., | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation to Approve Consent Decree and to Dismiss with Prejudice filed on November 16, 2017. (ECF No. 38.) The Court, being duly advised, approves the parties' Consent Decree attached hereto and finds that this action is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41. Except as otherwise stated in the Consent Decree attached, each party shall bear their own fees and costs.

**IT IS SO ORDERED** this 18th day of December 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge