UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RENEE GUIBAO,**

    **Plaintiff,**

v.                                                                                             **Case No. 2:17-cv-02448-JTF-cgc**

**W. FARMINGTON PARTNERS, G.P.,**

    **Defendant.**

## JUDGMENT

    **DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal entered by this Court on December 18, 2017.  (ECF No. 39.)


**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                       THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                                  CLERK
UNITED STATES DISTRICT JUDGE


December 18, 2017                                                           s/Devon C. Muse
DATE                                                                          (BY)LAW CLERK